**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOSHUA PEREZ,

    *Plaintiff,*

  v.

GEORGE MARTIN, et al.,

    *Defendants.*

CIVIL ACTION
NO. 24-5695

## <u>ORDER</u>

**AND NOW**, this 28th day of May, 2026, upon consideration of defendants George Martin, Darrell Parks, Melvin Young, Robert Fletcher, Tyrone Garvin and Kevin Johnson's Partial Motion for Summary Judgment (Dkt. No. 60), it is **ORDERED** the Motion is **GRANTED**.

1.  Judgment is entered in favor of Martin on Perez's excessive force claim;

2.  Judgment is entered in favor of Martin, Parks, Garvin, Johnson, Fletcher and Young on Perez's failure to intervene to prevent Martin's excessive force claims;

3.  Judgment is entered in favor of Martin, Parks and Garvin on Perez's failure to train claims; and

4.  Perez's (1) excessive force claims against Parks and Garvin and (2) his claims against Martin, Johnson, Fletcher and Young for failure to intervene to prevent Parks' and Garvin's alleged use of excessive force shall proceed to trial.

          BY THE COURT:

          ***/s/ Gerald J. Pappert***
          Gerald J. Pappert, J.